# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| GENNARO RAUSO, | : | No. 21 MM 2017 |
| Petitioner | : | |
| v. | : | |
| JUDGE KEVIN F. KELLY, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of April, 2017, the Application for Leave to File Original Process is **GRANTED**, and the "Petition for Review, Alternatively, for the Issuance of a Writ of Mandamus" is **DENIED**. The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.